# Court of Appeals
# of the State of Georgia

ATLANTA,  January 18, 2017

*The Court of Appeals hereby passes the following order:*

**A16A1933.  TERESA G. THOMASON et al. v. CHESTATEE COMMUNITY ASSOCIATION, INC. et al.**

On February 1, 2016, defendants Teresa G. Thomason and Phillip L. Thomason filed a notice of appeal from the trial court's order awarding OCGA § 9-15-14 attorney fees to Chestatee Community Association, Inc.  We lack jurisdiction.

Defendants had earlier filed a timely notice of appeal from the trial court's March 10, 2015, order granting summary judgment to Chestatee Community Association on its complaint and on the defendants' counterclaims.  While that appeal was pending, Chestatee Community Association filed a motion for attorney fees on April 21, 2015, which the trial court granted on January 5, 2016.  Defendants filed their notice of appeal from the order awarding fees on February 1, 2016.  Before the second appeal was docketed, however, we affirmed in an unpublished opinion the trial court's grant of summary judgment to Chestatee Community Association.  See Case No. A15A2124, decided February 11, 2016.  The remittitur issued in Case No. A15A2124 on March 9, 2016. This appeal was docketed three months later on June 20, 2016.

A judgment awarding attorney fees pursuant to OCGA § 9-15-14 may be reviewed on direct appeal when appealed as part of a judgment that is directly appealable, pursuant to *Haggard v. Board of Regents*, 257 Ga. 524, 526 (4) (a) (360 SE2d 566) (1987).  However, after this Court's jurisdiction over the main appeal has ended, a separate appeal of an attorney fees award cannot stand on its own merits. *Roberts v. Pearce*, 232 Ga. App. 417 (501 SE2d 555) (1998).  Rather, such an award must be appealed by application for discretionary review.  See OCGA § 5-6-35 (a)

(10). Therefore, the failure of the defendants to comply with the discretionary appeal requirements deprives this Court of jurisdiction to consider its appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  01/18/2017*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*